**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-518**

In Re: DAVID GARFIELD STEWART,

Petitioner.

On Petition for Writ of Mandamus. (CR-90-23-A)

Submitted: June 19, 1997          Decided: June 27, 1997

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

David Garfield Stewart, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Garfield Stewart brought this mandamus petition seeking an order compelling the United States District Court for the Eastern District of Virginia to rule on his third motion pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). Because we note that 28 U.S.C.A. § 2244 (West Supp. 1997) provides that no district court "shall be required to entertain" a successive application for the writ of habeas corpus without certification from this court under 28 U.S.C. § 2255, we conclude that petitioner is not entitled to the relief he seeks without such a certification. Accordingly, we grant leave to proceed in forma pauperis, but deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

PETITION DENIED